# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARI HUGH

NO. 2026 KW 0312

**JUNE 3, 2026**

---

In Re:     Kari Hugh, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 635837.

---

**BEFORE:     MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT DENIED.**

                    SMM
                    BDE
                    WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT